UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Antonio ALDECO-Rangel,**<br><br>Defendant | Magistrate Docket No.<br>**'08 MJ 2078**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **July 8, 2008** within the Southern District of California, defendant, **Antonio ALDECO-Rangel**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **JULY, 2008.**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Antonio ALDECO-Rangel

## PROBABLE CAUSE STATEMENT

On July 08, 2008, Border Patrol Agent G. Rivera was performing assigned Border Patrol duties in the Pine Valley Border Patrol Station area of responsibility. At approximately 1:30 a.m., Agent Rivera responded to a sensor activation located approximately 10 miles east of the Tecate, California Port of Entry and less than one mile north of the United States / Mexico International Boundary.

Upon arrival in the area, Agent Rivera found several footprints. Agent Rivera followed the footprints until he encountered five individuals attempting to hide in brush. This area is approximately 10 miles east of the Tecate, California Port of Entry and four miles north of the United States / Mexico International Boundary. Agent Rivera identified himself as a United States Border Patrol Agent and questioned all five individuals as to their citizenship. All five, including one later identified as the defendant **Antonio ALDECO-Rangel**, admitted to being citizens of Mexico without any immigration or travel documents that would allow them to be in or remain in the United States legally. Agent Rivera placed all five under arrest at approximately 5:30 a.m. and made arrangements to have them transported to the Pine Valley Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on May 30, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and he would answer questions without a lawyer present. The defendant again stated that he is a citizen of Mexico and entered the United States illegally. He also stated he didn't have any immigration documents allowing him to be in the United States legally.